### RUSS *et al.* v. THE STATE.

CANDLER, J. It is not complained that the court committed any error of law. The judgment of conviction was fully authorized by the evidence, and will not be reversed by this court.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued February 15, — Decided March 3, 1904.

Accusation of riot. Before Judge Bower. City court of Bainbridge. January 19, 1904.

*Harrell & Hartsfield,* for plaintiffs in error.
*Albert H. Russell, solicitor,* contra.